UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TOWN OF AMHERST,

                Plaintiff,

v.                                  **DECISION AND ORDER**
                                        07-CV-261S

CUSTOM LIGHTING SERVICES, LLC,

                Defendant.

       1.       On April 30, 2007, Theodore M. Baum, Esq., local counsel for Defendant Custom Lighting Services, Inc., moved for the admission *pro hac vice* of Jeffrey B. Rosen, Esq. The motion is accompanied by an affirmation from Attorney Rosen.

       2.       Admission *pro hac vice* in this district is governed by Local Rule 83.1(i) of the Local Rules of Civil Procedure for the Western District of New York, which requires that each applicant for *pro hac vice* admission satisfy all of the requirements for attorney admission set forth in Local Rule 83.1(b). An application or motion for *pro hac vice* admission must therefore contain a verified petition from the attorney seeking admission satisfying the requirements listed in Local Rule 83.1(b)(1)-(6).

       3.       In the instant case, the Attorney Rosen's affirmation does not fully satisfy the requirements listed in Local Rule 83.1(b)(2), (4), (5) and (6). Consequently, this Court will deny the current motion for *pro hac vice* admission with leave to re-file the motion in compliance with Local Rule 83.1.

IT HEREBY IS ORDERED, that the Motion for Pro Hac Vice Admission (Docket No. 7) is DENIED for failure to comply with Local Rule 83.1.

FURTHER, that leave is granted to re-file a motion in compliance with Local Rule 83.1.

SO ORDERED.

Dated:   May 2, 2007
         Buffalo, New York

                                                        /s/William M. Skretny
                                                        WILLIAM M. SKRETNY
                                                        United States District Judge