UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TOWN OF AMHERST,

                Plaintiff,

v.                                   **DECISION AND ORDER**
                                             07-CV-261S

CUSTOM LIGHTING SERVICES, LLC,

                Defendant.

      1.       On May 25, 2007, Theodore M. Baum, Esq., local counsel for Defendant Custom Lighting Services, Inc., moved for the admission *pro hac vice* of Jeffrey B. Rosen, Esq. The motion is accompanied by a declaration from Attorney Rosen.

      2.       Admission *pro hac vice* in this district is governed by Local Rule 83.1(i), which requires that each applicant for *pro hac vice* admission satisfy all of the requirements for attorney admission set forth in Local Rule 83.1(b). A motion for *pro hac vice* admission must therefore contain a verified petition from the attorney seeking admission satisfying the requirements listed in Local Rule 83.1(b)(1)-(6). This Court has reviewed the motion and Attorney Rosen's declaration and finds all to be in order. Attorney Rosen will therefore be admitted *pro hac vice* to this Court.

      IT HEREBY IS ORDERED, that the Motion for Admission *Pro Hac Vice* (Docket No. 22) is GRANTED. Counsel is admitted *pro hac vice* subject to payment of the required fee.

      SO ORDERED.

Dated:   May 30, 2007
            Buffalo, New York

                                                                   /s/William M. Skretny
                                                             WILLIAM M. SKRETNY
                                                          United States District Judge